IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Daniel Carcillo et al,

Plaintiff(s),

v.

National Hockey League et al,

Defendant(s).

Case No. 19 CV 6156
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

. Defendant(s) shall recover costs from plaintiff(s).

☒ other: This Court grants Defendants' motion for judgment on the pleadings [48]. Section 301 of the LMRA completely preempts portions of Plaintiffs' state-law claims, and those claims which automatically convert into federal claims arising under the LMRA are dismissed without prejudice as premature. Additionally, this Court declines to exercise supplemental jurisdiction over the remaining portions of Plaintiffs' state-law claims. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion.

Date: 3/30/2021                                Thomas G. Bruton, Clerk of Court

                                               <u>G. Lewis</u>, Deputy Clerk